UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE:

    Jean K. Frederic and Marie F. Frederic         **NOTICE OF APPEARANCE**

                           Debtor.                         Case No.: 12-43309-jf
------------------------------------------------------------X

S I R S :

    **PLEASE TAKE NOTICE**, that U.S. Bank National Association as Trustee for the Certificateholders of Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates Series 2007-AMC1, hereby appears in this action and the undersigned has been retained as attorneys and demands that you serve all papers in this action upon the undersigned at the address stated below.

Dated: Bay Shore, New York
       October 13, 2012

                                          Very truly yours,

                                          Frenkel, Lambert, Weiss,
                                          Weisman & Gordon, LLP
                                          Karen M. Sheehan, Esq.
                                          20 West Main Street
                                          Bay Shore, New York 11706
                                          (631) 969-3100
                                          Our File No.:01-050136-B00

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IN RE:                                           CASE NO.: 12-43309-jf

    Jean K. Frederic
    and Marie F. Frederic              CHAPTER 7

                            Debtors.          Judge: Jerome Feller
------------------------------------------------------------x
STATE OF NEW YORK  )
                    ) ss.:
COUNTY OF ERIE     )

      Erin Donahue, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in the County of Niagara, New York.

      On October 17, 2012 deponent served the within Notice of Payment Change upon the following parties in the manner specified for each party below

| **Name and Address of Party** | **Method of Service** |
|---|---|
| Thomas M Denaro, Esq.<br>Attorney for the Debtors<br>1726 Edison Ave<br>Bronx, NY 10461 | Via ECF and U.S. Postal Service |
| Robert L. Geltzer<br>Trustee<br>1556 Third Avenue, Suite 505<br>New York, NY 10128 | Via ECF and U.S. Postal Service |

                                                  Erin Donahue

Sworn to before me this
17th day of October, 2012.

_____
Notary Public

SABRINA M. REDMAN
NOTARY PUBLIC STATE OF NEW YORK
QUALIFIED IN ERIE COUNTY
My Commission Expires Sept. 6 20/13