**B6C (Official Form 6C) (4/10)**

In re    **Jean K. Frederic,**                                      Case No.    **1-12-43309**
        **Marie F. Frederic**
                                              Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)      $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(2)
☐ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| BANK ACCOUNT AT BANK OF AMERICA | 11 U.S.C. § 522(d)(5) | 27.00 | 27.00 |
| **Household Goods and Furnishings** | | | |
| Location: 1577 East 45 ST, Brooklyn NY 11234 | 11 U.S.C. § 522(d)(3) | 500.00 | 500.00 |
| **Wearing Apparel** | | | |
| Location: 1577 East 45 ST, Brooklyn NY 11234 | 11 U.S.C. § 522(d)(5) | 500.00 | 500.00 |
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| personal injury action. law suit pending lawyer | 11 U.S.C. § 522(d)(11)(D) | 21,625.00 | Unknown |
| + Mallilo & Grossman 1957 Flatbush Ave, Brooklyn, NY 11234 (718) 951-7345 | 11 U.S.C. § 522(d)(5) | 10,825.00 | |

                                                                                           Total:      **33,477.00**      **1,027.00**

   **0**    continuation sheets attached to Schedule of Property Claimed as Exempt