UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| IN RE: | CASE NO.: 12-43309-cec |
| Jean K. Frederic and Marie F. Frederic, | CHAPTER 7 |
| Debtors. | Hon. Judge: Carla E. Craig |

-----------------------------------------------------------x

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

Upon the unopposed motion of U.S. Bank National Association as Trustee for the Certificateholders of CitiGroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates Series 2007-AMC1, dated July 21, 2014, seeking relief from the automatic stay and after a hearing held on September 4, 2014, this date attended by Movant's attorney Frenkel, Lambert, Weiss, Weisman & Gordon, LLP,

IT IS THEREFORE;

ORDERED, that the stay afforded by 11 U.S.C. §362(a) be, and is hereby, modified to permit U.S. Bank National Association as Trustee for the Certificateholders of CitiGroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates Series 2007-AMC1, its successors and/or assigns, to pursue its rights under applicable state law with respect to the premises located at 1577 East 45th Street Brooklyn, New York 11234; and it is further

ORDERED, that the trustee be informed of any surplus monies resulting from the sale of the collateral.



**Dated: Brooklyn, New York**
**September 11, 2014**

_____
**Carla E. Craig**
**United States Bankruptcy Judge**